## John SWANKY v. STATE.
### No. 13634.

Court of Criminal Appeals of Texas.
June 4, 1930.

Carl T. Harper, of Madisonville, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment

correctly charges the offense, and is followed by the instructions to the jury, the judgment, and sentence. Appellant pleaded guilty.

Finding no error in the record, the judgment will be affirmed.